```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3697
    FAX: (510) 637-3724
```

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME VARGAS-MAGALLON,<br><br>    Petitioner,<br><br>    v.<br><br>TIMOTHY AITKEN, in his Official Capacity, Director, San Francisco Office of Detention and Removal, U.S. Immigration and Customs Enforcement; JOHN T. MORTON, Assistant Secretary of the Department of Homeland Security for U.S. Immigration and Customs Enforcement; JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC HOLDER, JR., Attorney General, Department of Justice; THOMAS G. SNOW, Acting Director, Executive Office of Immigration Review, Department of Justice; DAVID L. NEAL, Acting Chairman for the Board of Immigration Appeals; THE UNITED STATES OF AMERICA,<br><br>    Respondents. | No. C 09-3223-MMC<br><br>**STIPULATION TO A BRIEFING SCHEDULE AND OTHER MATTERS; AND [PROPOSED] ORDER** |

The petitioner has filed a Petition for Writ of Habeas Corpus and for a Writ of Mandamus, along with motion for a temporary restraining order and a motion for a preliminary injunction. The petitioner alleges that he received ineffective assistance from his former attorney

STIPULATION TO A BRIEFING SCHEDULE
C 09-3223-MMC                                       -1-

1  during his removal proceeding.  The petitioner is currently scheduled to report for removal from
2  the United States on July 28, 2009.  The parties hereby stipulate to the following:
3      <u>Briefing Schedule</u>
4      The parties hereby stipulate, subject to approval of the Court, to the following briefing
5  schedule on the petitioner's Petition for Writ of Habeas Corpus and for a Writ of Mandamus:
6      Respondents' Return to the Habeas Petition:    August 14, 2009
7      Petitioner's Reply:    August 28, 2009
8      Hearing:    September 18, 2009 at 9:00 a.m.
9      <u>Stay of Removal and Withdrawl of Motions</u>
10     The parties further stipulate, subject to approval of the Court, that the United States
11 Immigration and Customs Enforcement will stay the petitioner's removal until October 2, 2009,
12 and extend the petitioner's surrender date until October 2, 2009, and that the petitioner hereby
13 withdraws his motion for a temporary restraining order and his motion for a preliminary
14 injunction.
15     <u>Dismissal of this Proceeding</u>
16     The parties finally stipulate, subject to approval of the Court, that the petitioner will dismiss
17 the above-entitled action without prejudice if and when the Board of Immigration Appeals (BIA)
18 issues a decision on the emergency motion to reopen that he filed with the BIA on or about July
19 6, 2009, and if the BIA issues that decision prior to the petitioner's removal from the United
20 States.  The parties have agreed that the petitioner and the Chief Counsel's Office for
21 Immigration and Customs Enforcement will file a joint motion asking the BIA to expedite the
22 issuance of a decision on the emergency motion to reopen that the petitioner has filed with the
23 BIA.
24     Petitioner intends to seek Court of Appeals review of any BIA decision for the purpose of
25 obtaining judicial review of the ultimate decision of United States Citizenship and Immigration
26 Services regarding petitioners' LIFE amnesty application.  Although petitioner has a good faith
27 belief that such review in the Court of Appeals is legally possible, the parties have stipulated to
28 dismissal of this action without prejudice because, in the event that the Court of Appeals finds it

1  lacks jurisdiction or is otherwise unable to review the merits of that application, the petitioner
2  asserts that he will re-file his habes petition in District Court.
3
4  Dated: July 17, 2009                             Respectfully submitted,
5                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
6
7
8                                                    /s/
                                                     EDWARD A. OLSEN
9                                                    Assistant United States Attorney

10 Dated: July 17, 2009                             /s/
                                                     ZACHARY NIGHTINGALE
11                                                   Van Der Hout, Brigagliano
                                                     & Nightingale, LLP
12                                                   Attorneys for Petitioner
13
14                              **[PROPOSED]** ORDER
15      Pursuant to stipulation, IT IS SO ORDERED.
16
17 Dated: July 21, 2009                             _____
                                                     MAXINE M. CHESNEY
                                                     United States District Judge.
18

STIPULATION TO A BRIEFING SCHEDULE
C 09-3223-MMC                    -3-