JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3697
   FAX: (510) 637-3724

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAIME VARGAS-MAGALLON, | No. C 09-3223-MMC |
| Petitioner, | |
| v. | |
| TIMOTHY AITKEN, in his Official Capacity, Director, San Francisco Office of Detention and Removal, U.S. Immigration and Customs Enforcement; JOHN T. MORTON, Assistant Secretary of the Department of Homeland Security for U.S. Immigration and Customs Enforcement; JANET NAPOLITANO, Secretary, Department of Homeland Security; ERIC HOLDER, JR., Attorney General, Department of Justice; THOMAS G. SNOW, Acting Director, Executive Office of Immigration Review, Department of Justice; DAVID L. NEAL, Acting Chairman for the Board of Immigration Appeals; THE UNITED STATES OF AMERICA, | **STIPULATION TO A REVISED BRIEFING SCHEDULE AND OTHER MATTERS; AND [PROPOSED] ORDER** |
| Respondents. | |

    The petitioner has filed a Petition for Writ of Habeas Corpus and for a Writ of Mandamus, along with motion for a temporary restraining order and a motion for a preliminary injunction. The petitioner alleges that he received ineffective assistance from his former attorney during his

removal proceeding. The petitioner was originally scheduled to report for removal from the United States on July 28, 2009. On July 21, 2009, this Court signed the parties' stipulation regarding a briefing schedule, a stay of removal, the withdrawal of the petitioner's motions for a temporary restraining order and a preliminary injunction, and other matters. *See* Docket No. 11.

In light of the fact that the Board of Immigration Appeals (BIA) has not yet issued an order on the petitioner's pending motion to reopen, the parties hereby stipulate, subject to approval of the Court, to revise the stipulation with regard to the briefing schedule and the stay of removal as follows:

<u>Revised Briefing Schedule</u>

| | |
|---|---|
| Respondents' Return to the Habeas Petition: | September 18, 2009 |
| Petitioner's Reply: | October 2 , 2009 |
| Hearing: | October 23, 2009 at 9:00 a.m. |

<u>Revised Stay of Removal</u>

The United States Immigration and Customs Enforcement will stay the petitioner's removal to November 13, 2009, and will extend the petitioner's surrender date to a date not prior to November 13, 2009.

Dated: August 14, 2009

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney

Dated: August 14, 2009

/s/
ZACHARY NIGHTINGALE
Van Der Hout, Brigagliano
& Nightingale, LLP
Attorneys for Petitioner

<del>[PROPOSED]</del> ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 17 , 2009

_____
MAXINE M. CHESNEY
United States District Judge