1    JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2    JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
3    EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
4

5     1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3697
6    FAX: (510) 637-3724

7    Attorneys for Respondents

8

                 UNITED STATES DISTRICT COURT
9

             NORTHERN DISTRICT OF CALIFORNIA
10

                  SAN FRANCISCO DIVISION
11

12   JAIME VARGAS-MAGALLON,       )    No. C 09-3223-MMC
                             )
13        Petitioner,           )
                             )
14      v.                    )
                             )
15   TIMOTHY AITKEN, in his Official     )    **STIPULATION TO DISMISS; AND**
    Capacity, Director, San Francisco Office of )    ~~**[PROPOSED]**~~ **ORDER**
16   Detention and Removal, U.S. Immigration   )
    and Customs Enforcement; JOHN T.     )
17   MORTON, Assistant Secretary of the     )
    Department of Homeland Security for U.S.   )
18   Immigration and Customs Enforcement;    )
    JANET NAPOLITANO, Secretary,      )
19   Department of Homeland Security; ERIC    )
    HOLDER, JR., Attorney General,      )
20   Department of Justice; THOMAS G.     )
    SNOW, Acting Director, Executive Office   )
21   of Immigration Review, Department of    )
    Justice; DAVID L. NEAL, Acting      )
22   Chairman for the Board of Immigration    )
    Appeals; THE UNITED STATES OF     )
23   AMERICA,             )
                             )
24        Respondents.        )
                             )
25   _____

26       The petitioner, by and through his attorneys of record, and respondents, by and through

27   their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the

28   above-entitled action without prejudice in light of the fact that the Board of Immigration Appeals

STIPULATION TO DISMISS; AND PROPOSED ORDER
C 09-3223-MMC                -1-

1   (BIA) has issued a decision on the petitioner's motion to reopen his removal proceedings.

2       Each of the parties shall bear their own costs and fees.

3

4   Dated:  September 10, 2009                    Respectfully submitted,

5                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
6

7
                                                      /s/
8                                                EDWARD A. OLSEN
                                                 Assistant United States Attorney
9

10  Dated:  September 10, 2009                         /s/
                                                 ZACHARY NIGHTINGALE
11                                               Van Der Hout, Brigagliano
                                                 & Nightingale, LLP
12                                               Attorneys for Petitioner

13

14                          [PROPOSED] ORDER

15      Pursuant to stipulation, IT IS SO ORDERED.

16
    Dated:  __September 16__, 2009
17                                               MAXINE M. CHESNEY
                                                 United States District Judge.

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS; AND PROPOSED ORDER
C 09-3223-MMC                              -2-